NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAX RACK, INC.,**

*Plaintiff-Appellant,*

v.

**HOIST FITNESS SYSTEMS, INC.,**

*Defendant-Appellee.*

---

2010-1417

---

Appeal from the United States District Court for the Southern District of Ohio in case no. 05-CV-0784, Judge Michael H. Watson.

---

**ON MOTION**

---

**ORDER**

Hoist Fitness Systems, Inc. moves "to allow the lodgment of a 'Reduced Size' sample Personal Training System." Max Rack, Inc. responds.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of the motion, response, and this order shall be transmitted to the merits panel so that the panel can determine whether use of a reduced size sample is appropriate at oral argument.

FOR THE COURT

**DEC 1 6 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey S. Standley, Esq.
John L. Haller, Esq.
USDC, SD OH, Clerk

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 6 2010

JAN HORBALY
CLERK